UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FILED
DEC - 1 2023
AT____ O'CLOCK
John M. Domurad, Clerk - Syracuse

ANGELO BAEZ,

Plaintiff(s),

v.

TIOGA COUNTY, et. al.,

Defendant(s).

COMPLAINT
(Pro Se Prisoner)

Case No. 9:23-cv-1512
(Assigned by Clerk's Office upon filing)

**Jury Demand**
☒ Yes
☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I. **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

## II. PLAINTIFF(S) INFORMATION

Name: ANGELO BAEZ
Prisoner ID #: 1000118
Place of detention: TIOGA COUNTY JAIL
Address: 103 CORPORATE DR.
OWEGO, NY. 13827

Indicate your confinement status when the alleged wrongdoing occurred:
- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III. DEFENDANT(S) INFORMATION

Defendant No. 1: TIOGA COUNTY et. al.
Name (Last, First)

Job Title

Work Address
City: OWEGO    State: NEW YORK    Zip Code: 13827

Defendant No. 2: _____
Name (Last, First)

Job Title

2

```
                        _____
                        Work Address

                        _____  _____  _____
                        City                State       Zip Code
```

Defendant No. 3:
```
                        _____
                        Name (Last, First)

                        _____
                        Job Title

                        _____
                        Work Address

                        _____  _____  _____
                        City                State       Zip Code
```

Defendant No. 4:
```
                        _____
                        Name (Last, First)

                        _____
                        Job Title

                        _____
                        Work Address

                        _____  _____  _____
                        City                State       Zip Code
```

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

I THE PLAINTIFF AM BEING HELD AND CHARGED IN A COMPLAINT THAT IS MERE "HEARSAY". TO THE FACT THAT THERE IS NO AUDIO, VISUAL OR WRITTEN EVIDENCE THAT I AM IMPLICATED IN. I HAVE BEEN HOUSED I A DISIPLINE POD AND THE ACTUAL PERPETRATOR HAS CONFESSED AND IS AT LIBERTY. THE HEARSAYERS HAVE ALL IMPLEMENT ME THE PLAINTIFF IN ONE WAY OR ANOTHER, WHEN IN REALITY I WAS AN INTENDED VICTIM. WHICH IF THE FIREARM DID NOT OPERATE I WOULD BE MORTEM. YET I WAS TAKEN TO A PLACE WHERE I WAS SAVAGELY ASSAULTED IMMORALLY AND HAD ASSAILANTS INITIALS CARVED INTO MY RIGHT ARM.

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

THERE IS A VESTID APPROACH TO INCLUDE ME VIA "HEARSAY", SUBSTANSIVE EVIDENCE, UNRELIABLE EVIDENCE, CIVIL LAW ABUSE

### SECOND CLAIM

BIAS IS EXPOUNDED IN VARIOUS DEGREES PARTIALITY, implied prejudice, Presuming.

### THIRD CLAIM

I WAS AND AM AN INTENDED VICTIM ESCAPED UNHARMED, ACCUSED, DEPRAVED INDIFFERENCE, SERIOUS PHYSICAL INJURY

## VI. RELIEF REQUESTED

State briefly what relief you are seeking in this case.

I SEEK TO HAVE ALL EVIDENTUARY MATERIAL SEIZED AND A REPLEVIN OF 13 (THIRTEEN) MILLION DOLLARS.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29th 2023

Plaintiff's signature
(All plaintiffs must sign the complaint)
ANGELO BAEZ