(1 of 4)



Dear Judge,

Currently I am requesting additional time in which to submit my Amendment to the court.

Due to technological issues, I am seeking additional time based on the severity of the charges against me to make sure that all discovery gets reviewed and all issues addressed in my Amendment papers.

Despite my diligent efforts to meet all requirements to present all that I am asked of in a timingly matter in respect to the Amendment I have been granted.

Here at the Tioga County jail, we are supplied only with the minimal standards that they tell us we are allowed to get when we as inmates work on our law work.

To which consist of a black inked safty pen, and white writing paper.

We are also told that if we need any copies off of the law library Kiosk, we must copy it with the pen we are issued to use. Once copied from the Kiosk, we must make our own copies of what ever we need with the same issued pen; Although they do have copyer's and a typewriter, they do not allow inmates the use of such items.

Here at the Tioga County jail they say we have access to the law library. But we can't really use the law library and only allowed the use of the law library Kiosk that's in a whole other room.

So once again the minimal standards here at this jail makes it impossible and hard on us inmates to compleat law work the right and correct way.

So I'm left with no choice but to wait untill I have enough funds inorder for me to buy a priority mail envelope. So that I can send out my law work to get typed up and made copies of inorder for it to be presentable for the courts.

Then wait for it to be sent back to me, and once again wait for the funds to buy another priority mail envelope so that I can mail the work out to the court.

    For this reason I am requesting for such extension of the deadline for Amendment.

    I thank the Court for their time and consideration on this matter.

Respectfully Submitted,

Angelo Baez.
Angelo Baez 1000118

Name: Angelo Baez 100048
Tioga County Jail
103 Corporate Dr.
Owego, N.Y. 13827

SYRACUSE NY 130
18 MAR 2024 PM 4 L

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAR 20 2024
RECEIVED

Clerk, U.S. District Court
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367

13261-610099